```
1  Thomas J. Polis - Bar No. 119326
   POLIS & ASSOCIATES
2  A PROFESSIONAL LAW CORPORATION
   19900 MacArthur Boulevard, Suite 960
3  Irvine, California 92612-8420
   Telephone: (949) 862-0040
4  Facsimile: (949) 862-0041
   E-Mail: tom@polis-law.com
5
   Counsel for Appellant,
6  Polis & Associates, APLC
```

FILED
06 OCT 12 AM 9:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PN   DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>A TRUCKING CRANE RENTAL & REPAIR CO. d/b/a, A.T.C. RENTALS & REPAIRS, INC.,<br><br>Debtor.<br><br>POLIS & ASSOCIATES, APLC,<br><br>        Appellant,<br>vs.<br><br>UNITED STATES TRUSTEE,<br><br>        Appellee. | Case No. 06cv1264-LAB (JMA)<br><br>VOLUNTARY DISMISSAL OF BANKRUPTCY APPEAL<br><br>AND<br><br>ORDER |

       **THOMAS J. POLIS, ESQ. OF POLIS & ASSOCIATES, A PROFESSIONAL LAW CORPORATION** ("Appellant"), hereby submits this *Voluntary Dismissal of Bankruptcy Appeal* in the matter of *Polis & Associates, APLC v. United States Trustee*.

///
///
///
///
///
///
///

1  The interested parties to this appeal, including the names and addresses of their
2  respective attorneys, are as follows:

| PARTIES | ATTORNEY(S) |
|---|---|
| **Thomas J. Polis, Esq.**<br>**Polis & Associates, APLC**<br>19900 MacArthur Boulevard, Suite 960<br>Irvine, California  92612-8420<br>Telephone:    (949) 862-0040<br>Facsimile:      (949) 862-0041 | Thomas J. Polis, Esq.<br>Polis & Associates, APLC<br>19900 MacArthur Drive, Suite 960<br>Irvine, California 92612-1001<br>Telephone:   (949) 862-0040<br>Facsimile:      (949) 862-0041 |
| **Office of the United States Trustee**<br>**Southern District**<br>402 West Broadway, Suite 600<br>San Diego, California  92101 | David Ortiz, Esq.<br>Office of the United States Trustee<br>Southern District<br>402 West Broadway, Suite 600<br>San Diego, California  92101 |

DATED: OCTOBER 4, 2006

POLIS & ASSOCIATES
A PROFESSIONAL LAW CORPORATION

By: _____
Thomas J. Polis
Counsel for Appellant,
Polis & Association, APLC

IT IS SO ORDERED
DATED  10-10-06

_____
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: Polis & Associates, a Professional Law Corporation, 19900 MacArthur Boulevard, Suite 960, Irvine, California 92612-8420.

On **October 4, 2006**, I served the document named below on the parties in this action as follows:

D O C U M E N T     **VOLUNTARY DISMISSAL OF BANKRUPTCY APPEAL**
SERVED:

__X__  By placing a true and correct copy thereof in a sealed envelope(s) addressed on the following parties:

> David Ortiz, Esq.
> Office of the United States Trustee
> Southern District
> 402 West Broadway, Suite 600
> San Diego, California  92101

__x__  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with first class postage, thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____  **BY PERSONAL SERVICE:** I arranged to have DDS Legal Support Systems deliver said envelope(s) by hand to the person(s) stated herein or on the attached service list. An additional proof of service will be signed by the courier and filed at a later date, if necessary.

____  **BY FACSIMILE:** I transmitted a true and correct copy of the above-referenced document from a facsimile machine at Polis & Associates, a Professional Law Corporation, whose facsimile number is (949) 862-0041 to the interested parties in this action as indicated herein or on the attached service list. Said service list includes the name and facsimile number of each party served. The above described transmission(s) was/were reported as complete, without error, by a communication journal issued by the facsimile machine.

____  **BY FEDERAL EXPRESS:** I am readily familiar with the practice of Polis & Associates, a Professional Law Corporation, for collection and processing of documents for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

____  **BY OVERNIGHT COURIER:** The above-referenced document was sent to each party indicated herein or on the attached service list by Golden State Overnight Courier for delivery the next business morning. A tracking number has been assigned for each package delivered and the tracking numbers have been recorded for our records.

____  **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__  **FEDERAL:** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **October 4, 2006**, at Irvine, California.

_____
Thomas Polis

F:\CASES\A.T.C. Rentals\Pleadings\VolDismisalAppeal100406.wpd